Frankie HOLMES, Plaintiff–Appellant,

v.

ROMEO ENTERPRISES, LLC, Defendant–Appellee.

15–3719

United States Court of Appeals, Second Circuit.

June 30, 2016

For Appellant: Abdul K. Hassan, Abdul Hassan Law Group, PLLC, Queens Village, New York.

For Appellee: Sanjeeve K. DeSoyza, Bond, Schoeneck & King, PLLC, Albany, New York.

PRESENT: DENNIS JACOBS, GUIDO CALABRESI, REENA RAGGI, Circuit Judges.

### SUMMARY ORDER

Frankie Holmes appeals from an order of the United States District Court for the Southern District of New York (Briccetti, J.), granting Romeo Enterprises, LLC's motion to transfer venue. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

We lack appellate jurisdiction over an order granting a motion to transfer venue, given the stringent standards governing the collateral order doctrine. Our "review of the disposition of the transfer motion may delay a decision on the merits and so defeat the manifest statutory objective of making litigation quicker and less expensive." _A. Olinick & Sons v. Dempster Bros., Inc._, 365 F.2d 439, 443 (2d Cir. 1966).

For the foregoing reason, and finding no merit in Holmes's other arguments, we hereby **DISMISS** the appeal for lack of jurisdiction.